IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDDIE McDONALD, on behalf of himself and others similarly situated, | * * * |
| Plaintiff, | * * |
| v. | * CIVIL ACTION: 1:16-cv-00347-KD-M |
| GREGORY B. McATEE, P.C., and MERCHANTS ADJUSTMENT SERVICE, INC. | * * * * |
| Defendants. | * |

## STIPULATION OF DISMISSAL WITH PREJUDICE

All of the parties, by and through their respective undersigned counsel, hereby STIPULATE to the dismissal of this action with prejudice, each party to bear its own costs.

COUNSEL FOR PLAINTIFF:

JAMES L. DAVIDSON (pro hac vice)
GINA DEROSIER GREENWALD
GREENWALD DAVIDSON PLLC
5550 Glades Road
Suite 500
Boca Raton, Florida 33486
Phone: 561-826-5477

COUNSEL FOR DEFENDANT GREGORY B. McATEE, P.C.:

JAMES B. ROSSLER
ROSSLER LAW FIRM LLC
P.O. Drawer 2164
Mobile, Alabama 36652
Phone: 251-432-2300

COUNSEL FOR DEFENDANT MERCHANTS ADJUSTMENT SERVICE, INC.:

NEAL D. MOORE, III
MARIDI THOMPSON HUGGINS
FERGUSON, FROST, MOORE & YOUNG, LLP
1400 Urban Center Drive
Suite 200
Birmingham, Alabama 35242
Phone: 205-879-8722

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2017, I electronically filed the foregoing **Stipulation of Dismissal** with the Court using the CM/ECF system which will send notification of such filing to the following:

James L. Davidson
Gina DeRosier Greenwald
Greenwald Davidson PLLC
5550 Glades Road
Suite 500
Boca Raton, Florida 33486

Neal D. Moore, III
Maridi Thompson Huggins
Ferguson Frost Moore & Young, LLP
1400 Urban Center Drive
Suite 200
Birmingham, Alabama 35242

/s/ James B. Rossler
James B. Rossler